1
JOEL K. BELWAY [60556]
THE LAW OFFICE OF JOEL K. BELWAY
2
Professional Corporation
235 Montgomery St., Suite 668
3
San Francisco, CA 94104
Telephone: (415) 788-1702
4
Facsimile: (415) 788-1517
5
*Attorney for Debtor*
*BRUGNARA PROPERTIES VI*
6

7

8

9
UNITED STATES BANKRUPTCY COURT
10
NORTHERN DISTRICT OF CALIFORNIA
11
SAN FRANCISCO DIVISION
12

13
In re
14
BRUGNARA PROPERTIES VI,
15
Debtor.
16
Federal ID No. 91-2003281

Chapter 11 No. 10-33637

**SUPPLEMENTAL DECLARATION OF
KATHERINE BRUGNARA IN RESPONSE
TO OPPOSITION TO U.S. TRUSTEE'S
MOTION TO CONVERT CASE TO
CHAPTER 7**

Date: June 3, 2011
Time: 10:00 a.m.
Court: Judge Montali

17

18

19

20

21
    I, Katherine L. Brugnara, declare and state as follows:
22
    1.    I am the responsible person for debtor, Brugnara
23
Properties VI ("Debtor"), in this Chapter 11 case.  I have
24
personal knowledge of the facts set forth in this declaration and
25
if required I could and would testify competently to such facts
26
under oath.  I make this declaration in response to the U.S.
27
Trustee's reply to the Debtor's opposition to the U.S. Trustee's
28

1     SUPPLEMENTAL DECLARATION OF KATHERINE BRUGNARA IN
RESPONSE TO OPPOSITION TO MOTION TO CONVERT

1  motion to convert this Chapter 11 case to Chapter 7 (the

2  "Conversion Motion").

3      2.    The U.S. Trustee's reply attaches a copy of a proof of

4  service I executed on May 4, 2011 for a pleading my husband, Luke

5  Brugnara, prepared and sent me from the federal correctional

6  facility in Texarkana, Texas with a current request that I mail

7  that document to Eric Nyberg, Esq. in Oakland and file the

8  original.  I did so.  I received the document that I served and

9  filed by mail along with a request that I serve and file the

10 document.  My actions in filing and serving that document do not

11 change what I have said previously and repeat: I have and have

12 had limited communication with Luke Brugnara under his current

13 circumstances and that has been the case for the last year; I do

14 not have the access I would like or need to information regarding

15 our community assets that I believe exceed $20,000,000.00 and

16 will be the source of payment to the creditors under the Debtor's

17 plan.

18     3.    When Luke Brugnara has telephoned me, from time to

19 time, those calls have a very limited duration: approximately

20 three minutes.  Such calls have not allowed me to obtain the

21 information that I would like to furnish to the U.S. Trustee and

22 to the Court regarding the assets that will be used to fund the

23 plan.

24     4.    I also received and attach hereto a hand-printed

25 declaration of Luke Brugnara signed May 4, 2011.  His declaration

26 states that his net worth (in which I have a community interest)

27 has been calculated by the United States Attorney in San

28 Francisco and the Department of Justice at $31,000,000.00.  The

2  SUPPLEMENTAL DECLARATION OF KATHERINE BRUGNARA IN
   RESPONSE TO OPPOSITION TO MOTION TO CONVERT

declaration further states that he will inject/infuse/advance to me any funds necessary to pay the expenses of Brugnara Properties VI. Last, the declaration is signed by Luke Brugnara under penalty of perjury.

5.    I requested the assistance of Donna Tamanaha, who works for the same Justice Department as those who prepared the request of Luke Brugnara's assets, for her assistance in obtaining a copy of that request.

6.    I have caused to be prepared a modification of the second amended Chapter 11 plan, to provide for a sale of the Debtor's property at 224 Sea Cliff Avenue in San Francisco if the Debtor has not commenced payments as called for by the plan by March 15, 2012. By the modification, Debtor would have two months to enter into a bona fide escrow for the sale of the property; if such an escrow were not opened by May 15, 2012, the secured creditors would be free to exercise their secured creditor rights and remedies.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on June 2, 2011 at San Francisco, California.

KATHERINE L. BRUGNARA

Case: 10-33637    Doc# 61    Filed: 06/02/11    Entered: 06/02/11 12:08:22    Page 3 of 5

# US FEDERAL BANKRUPTCY COURT

BRUGNARA PROPERTIES VI, a
California corporation

Chapter 11 Reorganization

GUARANTEE AND
DECLARATION OF
LUKE D. BRUGNARA

I, Luke Brugnara declare the following to be true and correct under penalty:

1.) I am married to Kay Brugnara, owner and President of Brugnara Properties VI

2.) I am currently confined at Texarkana FCI due to be released December 2011, however I may be released in June, if I win my appeal (currently available for viewing on PACER, 9th Circuit Court of Appeals).

3.) In that Federal case, court-approved documents, prepared by the United States Attorneys and the Department of Justice, have my NET WORTH calculated at thirty one million dollars ($31,000,000.US) (Judge Alsup Federal District Court).

(2)

4.) I will inject/infuse/advance any funds (if any are required) to Kay Brugnara to pay any expenses of Brugnara Properties VI upon her request/demand.

5.) This is an irrevocable guarantee; to inject all required/requested funds (if any) to Kay Brugnara for the orderly operations/expenses of Brugnara Properties VI. This is an enforceable guarantee made under Court jurisdiction under penalty of perjury. This guarantee shall only be terminated if Kay Brugnara no longer owns or controls Brugnara Properties VI.

6.) My calculation of NET WORTH is much higher than the thirty one million dollar ($ 31,000,000 us) Federal court-approved calculation.

I declare under penalty of perjury to be true and correct:

5/4/11

LUKE BRUGNARA

Case: 10-33637   Doc# 61   Filed: 06/02/11   Entered: 06/02/11 12:08:22   Page 5 of 5